UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOUGLAS EKLUND,

        Plaintiff,

   v.

MIDLAND FUNDING, LLC,

        Defendant.

No. C17-0631RSL

ORDER OF REMAND

On April 20, 2017, defendant Midland Funding, LLC, removed this matter from state court based on both federal question and diversity jurisdiction. The Court ordered defendant to show cause why the case should not be remanded for lack of subject matter jurisdiction.[1] Defendant does not oppose remand. The Clerk of Court is therefore directed to remand this matter to Snohomish County Superior Court.

Dated this 11th day of May, 2017.

                      *Robert S. Lasnik*
                      Robert S. Lasnik
                      United States District Judge

---

[1] Following entry of the Order to Show cause, defendant filed a corporate disclosure statement that conflicts with the information provided in the Notice of Removal. The Court therefore retracts its statement that "Midland Funding is . . . a citizen of Delaware, and diversity has been established." Dkt. # 5 at 2.

ORDER OF REMAND